IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ALEXANDER WILLIAMS and ANTONIO PAYNE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CV 324-050 |
| ANDREW MCFARLANE; DARRELL WOOTEN; JIMMY KELLUM; DEPUTY WILLIAM SIKES; and RICKEY WILCOX, SR., | ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), the Court **GRANTS** the joint motion for leave to depose Plaintiffs Alexander Williams and Antonio Payne, who are incarcerated and in Georgia Department of Corrections custody. (Doc. no. 19.) The parties' counsel shall confer with each other and the warden or appropriate supervisor at Plaintiffs' current or future places of incarceration as to the date, time, and logistics of their depositions.

SO ORDERED this 5th day of March, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA